# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SA'BEION HARRIS

VERSUS

TANGIPAHOA PARISH SCHOOL
SYSTEM

NO. 2025 CW 0985

FEBRUARY 6, 2026

---

In Re:    Sa'Beion Harris, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, No. 2021-
          0000678.

---

BEFORE:   LANIER, WOLFE, GREENE, STROMBERG, AND HAGGERTY,[1] JJ.

WRIT GRANTED WITH ORDER. We find the district court committed legal error by failing to comply with La. Code Civ. P. art. 1425(F), which requires the trial court to provide findings of fact, conclusions of law, and reasons for judgment detailing in law and fact why a person shall be allowed or disallowed to testify under La. Code Evid. arts. 702 through 705. The district court's oral reasons for its ruling, which granted the motion to exclude the opinions of Mr. Blackman, failed to conform to the requirements of La. Code Civ. P. art. 1425, and there is no written judgment or reasons. See **Camsoft Data Systems, Inc. v. Southern Electronics Supply, Inc.**, 2019-0741 (La. App. 1st Cir. 7/2/19), 2019 WL 2865255, *2 (unpublished). We therefore vacate the district court's May 5, 2025 ruling granting the motion to exclude the opinions of Mr. Blackman and remand the matter to the district court with instructions to comply with La. Code Civ. P. art. 1425.

WIL
HG
TPS
BDH

Wolfe, J., dissents and would deny the writ. The criteria set forth in **Herlitz Construction Company, Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.